# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURL H. LIGHT, II,<br><br>    Plaintiff,<br><br>  v.<br><br>J. LIZARRAGA, et al.,<br><br>    Defendants. | No. 2:16-cv-2256 MCE DB P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights case pursuant to 28 U.S.C. § 1983. The parties have filed a stipulation requesting to modify the Discovery and Scheduling Order (ECF No. 19) signed by plaintiff and counsel for defendants. Good cause appearing the stipulation is granted.

    IT IS HEREBY ORDERED that the deadline for completing discovery and filing any motions to compel shall be extended to November 11, 2018.

Dated: September 20, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner.Civil Rights/ligh2256.eot.stip

1