1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    THURL H. LIGHT, II,                        No.  2:16-cv-2256 MCE DB P

12                    Plaintiff,

13          v.                                   ORDER

14    J. LIZARRAGA, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights case

18    pursuant to 28 U.S.C. § 1983.  Defendants have filed a motion requesting to modify the

19    Discovery and Scheduling Order (ECF No. 19).  Defendants request an extension of forty-five

20    days because an essential declarant has not yet completed a declaration in support of the motion

21    for summary judgment they are preparing.  (ECF No. 23.)  Good cause appearing defendants'

22    motion to extend the deadline for filing all pretrial motions, except motions to compel discovery,

23    (ECF No. 23) is granted.

24          IT IS HEREBY ORDERED that the deadline for filing any pretrial motions, except

25    motions to compel discovery, shall be extended to March 18, 2019.

26    Dated:  January 18, 2019

27

28    DLB:12
      DLB1/Orders/Prisoner.Civil Rights/ligh2256.eot

                                                   DEBORAH BARNES
                                                   UNITED STATES MAGISTRATE JUDGE