UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURL H. LIGHT,, <br><br> Plaintiff, <br><br> v. <br><br> J. LIZARRAGA, et al., <br><br> Defendants. | No. 2:16-cv-2256 MCE DB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges violations of his rights under the First and Eighth Amendments. Presently before the court is defendants' motion to modify the Discovery and Scheduling Order. (ECF No. 25.)

Defendants previously requested an extension of forty-five days so that an essential declarant could complete review of plaintiff's medical records and provide a declaration in support of defendants' motion for summary judgment. (ECF No. 23.) Defendants now request an additional extension of twenty-one days because defendant Winkfield is presently on vacation and unavailable to sign a declaration that will be incorporated into the summary judgment motion. Good cause appearing defendants' motion to extend the deadline for filing all pretrial motions, except motions to compel discovery will be granted. However, no further extensions of time will be granted for this purpose.

1

IT IS HEREBY ORDERED that defendants' motion to modify the Discovery and Scheduling Order (ECF No. 25) is granted. The deadline for filing any pretrial motions, except motions to compel discovery, shall be extended to April 8, 2019.

Dated: March 14, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/prisoner-civil rights/ligh2256.D.eot