UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURL H. LIGHT, II,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. LIZARRAGA, et al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-2256 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants committed excessive force and retaliation against him. Defendants filed a motion for summary judgment on April 8, 2019. (ECF No. 27.) The time for filing an opposition to the motion for summary judgment has passed and plaintiff has not filed an opposition or requested additional time in which to file an opposition.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall either file an opposition to the summary judgment motion or show cause in writing why this action should not be dismissed for failure to file an opposition to the summary judgment motion. See E.D. Cal. R. 230(l).

Dated: May 29, 2019

DLB:12　　　　　　　　　　　　　　　　　　　/s/ DEBORAH BARNES
DLB1/Orders/Prisoner.Civil Rights/ligh2256.osc　　UNITED STATES MAGISTRATE JUDGE

1